**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| THUY NGUYEN, derivatively on behalf of WALMART INC., Plaintiff, v. C. DOUGLAS McMILLON, M. BRETT BIGGS, JR., CESAR CONDE, TIMOTHY P. FLYNN, SARAH J. FRIAR, CARLA A. HARRIS, THOMAS W. HORTON, MARISSA A. MAYER, GREGORY B. PENNER, STEVEN S. REINEMUND, S. ROBSON WALTON, and STEUART L. WALTON, Defendants and WALMART INC. Nominal Defendant. | C.A. No. 21-cv-00551-CFC |

**JOINT STATUS REPORT**

Pursuant to the Court's Oral Order of August 23, 2022, the parties respectfully submit this status report. On June 28, 2021, the Court entered a stay of this matter pending resolution of the motion to dismiss in a factually related consolidated securities class action captioned *In re Walmart Inc. Securities Litigation*, No. 1:21-cv-00055-CFC (D. Del.) ("Securities Class Action"). *See* Stipulation Regarding Stay of Action and Related Matters (D.I. 7). The motion to dismiss the Securities Class Action is currently pending. A hearing on the motion to dismiss will be held on September 9, 2022. Promptly after the Court resolves the motion to dismiss in the Securities Class Action, the parties will confer and update the Court as to the status of this litigation.

Respectfully submitted,

Dated: August 26, 2022

**DELEEUW LAW LLC**

/s/ *P. Bradford deLeeuw*
P. Bradford deLeeuw
1301 Walnut Green Road
Wilmington, DE 19801
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
Email: brad@deleeuwlaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Raymond J. DiCamillo*
Robert W. Whetzel (#2288)
Raymond J. DiCamillo (#3188)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: whetzel@rlf.com
Email: dicamillo@rlf.com

***Counsel for Defendants***