**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| THUY NGUYEN, derivatively on behalf of WALMART INC., | |
| Plaintiff, | C.A. No. 21-cv-00551-CFC |
| v. | |
| C. DOUGLAS McMILLON, M. BRETT BIGGS, JR., CESAR CONDE, TIMOTHY P. FLYNN, SARAH J. FRIAR, CARLA A. HARRIS, THOMAS W. HORTON, MARISSA A. MAYER, GREGORY B. PENNER, STEVEN S. REINEMUND, S. ROBSON WALTON, and STEUART L. WALTON, | |
| Defendants | |
| and | |
| WALMART INC. | |
| Nominal Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Oral Order of April 17, 2024, the parties respectfully submit this status report. On June 28, 2021, the Court entered a stay of this matter until the motion to dismiss in a factually related consolidated securities class action captioned *In re Walmart Inc. Securities Litigation*, No. 1:21-cv-00055-CFC (D. Del.) ("Securities Class Action"), has been "denied in whole or in part" or "granted with prejudice, including any appeals pertaining to the motion to dismiss have concluded." *See* Stipulation Regarding Stay of Action and Related Matters (D.I. 7). On April 8, 2024, the court in the Securities Class Action granted the motion to dismiss with prejudice, and the lead plaintiffs filed a notice of appeal of that decision on April 29, 2024. As a result, the parties believe this matter should remain stayed at this time.

Respectfully submitted,

Dated: May 8, 2024

**DELEEUW LAW LLC**

/s/ *Bradford deLeeuw*
P. Bradford deLeeuw
1301 Walnut Green Road
Wilmington, DE 19801
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
Email: brad@deleeuwlaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

***Counsel for Plaintiff***

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Raymond J. DiCamillo*
Robert W. Whetzel (#2288)
Raymond J. DiCamillo (#3188)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: whetzel@rlf.com
Email: dicamillo@rlf.com

***Counsel for Defendants***